UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PRISCILLA ALEJANDRA RUIZ, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 1:18-CV-53 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| Defendant. | § | |

## **ORDER**

On March 4, 2019, the United States Magistrate Judge filed a Report and Recommendation (Doc. No. 34) recommending that Priscilla Alejandra Ruiz's petition for review of the denial of Disability Insurance Benefits be denied.

Written objections were required to be filed by March 18, 2019. No party filed any objections.

After reviewing the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that the petition for review of the denial of Disability Insurance Benefits filed by Priscilla Alejandra Ruiz is **DENIED**.

SIGNED this 15th day of May, 2019.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge